ROGERS JOSEPH O'DONNELL
NEIL H. O'DONNELL (State Bar No. 57928)
nodonnell@rjo.com
THOMAS D. BLANFORD (State Bar No. 220226)
tblanford@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Intervenor
CALIFORNIA ASSOCIATION OF
HEALTH PLANS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA HOSPITAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID MAXWELL-JOLLY, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendant.<br><br>CALIFORNIA ASSOCIATION OF HEALTH PLANS<br><br>Intervenor. | Case No. 2:09-CV-03694-CAS-MAN<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Date:    November 23, 2009<br>Time:   10:00 am<br>Dept.:  5, Second Floor<br>Judge:  The Honorable Christina A. Snyder<br>Date of first filing: 5/22/09<br>Trial Date:  6/29/10 |

The undersigned, counsel of record for CALIFORNIA ASSOCIATION OF HEALTH PLANS, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1  The following parties are members of Proposed Intervenor,
2  CALIFORNIA ASSOCIATION OF HEALTH PLANS:
3      Aetna
4      Alameda Alliance for Health
5      Anthem Blue Cross
6      Blue Shield of California
7      CalOptima
8      Care 1st Health Plan
9      CareMore Health Plan
10     CenCal Health
11     Central Coast Alliance for Health
12     Central Health Plan of California
13     Chinese Community Health Plan
14     CIGNA HealthCare of California, Inc.
15     Citizens Choice Healthplan
16     Community Health Group
17     Community Health Plan
18     Contra Costa Health Plan
19     Easy Choice Health Plan
20     Health Net of California
21     Health Plan of San Joaquin
22     Health Plan of San Mateo
23     Heritage Provider Network
24     Inland Empire Health Plan
25     Inter Valley Health Plan
26     Kaiser Foundation Health Plan
27     Kern Health Systems
28     L.A. Care Health Plan

1     Molina Healthcare of California
2     On Lok Lifeways
3     PacifiCare of California
4     Partnership Health Plan of California
5     PrimeCare Health Plan
6     San Francisco Health Plan
7     Santa Clara Family Health Plan
8     SCAN Health Plan
9     Sharp Health Plan, SIMNSA – Sistemas Medicos Nationales, SA de
10     CV
11     Valley Health Plan
12     Ventura County Health Care Plan
13     Western Health Advantage.

Dated: December 4, 2009    ROGERS JOSEPH O'DONNELL

By: *[signature]*
NEIL H. O'DONNELL
THOMAS D. BLANFORD

Attorneys for Intervenor
CALIFORNIA ASSOCIATION OF
HEALTH PLANS